AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkinson, III, J H | 2. Court or Organization<br><br>4th US Circuit Court of Appeals | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>255 W. Main Street Rm. 230<br>Charlottesville, Va. 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I will receive no salary from my former employer the University of Va. Law School. There will be no continuing participation (cntd Part VIII), |
| 2. | |
| 3. | |

2008 MAY 13 A 11: 49
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | July 26-27, 2007 | Washington, DC | Panel Discussion | Lodging |
| 2. | NYU Law School | Oct. 1-3, 2007 | New York, NY | Lecture | Lodging & Travel |
| 3. | The Federalist Society | Nov. 14-16, 2007 | Washington, DC | Panel Discussion | Lodging & Meals |
| 4. | Harvard Law School | Nov. 27-29, 2007 | Cambridge, MA | Panel Discussion | Lodging & Travel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | A | Dividend | K | T | 2:1 split | 3/02 | | | |
| 3. Altria Group, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 4. BellSouth Corp. CommonStock | | | | | merger | 1/03 | K | C | |
| 5. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 6. Deere & Com Common Stock | C | Dividend | N | T | 2:1 split | 12/04 | | | |
| 7. Dupont E I De Nemours & Co. Common Stock | C | Dividend | M | T | | | | | |
| 8. Duke Energy Corp. Common Stock | C | Dividend | L | T | | | | | |
| 9. General Electric Co. Common STock | D | Dividend | M | T | | | | | |
| 10. Hewlett Packard Common Stock | B | Dividend | N | T | | | | | |
| 11. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 12. Kraft Common Stock | A | Dividend | J | T | spin-off* | 4/02 | J | B | |
| 13. Lilly Eli & Co. Common Stock | B | Dividend | L | T | | | | | |
| 14. Media General Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15. Proctor & Gamble Co. Common Stock | D | Dividend | N | T | | | | | |
| 16. Providence & Worcester RR Common Stock | B | Dividend | L | T | | | | | |
| 17. Royal Dutch Petro Shell Co. Common Stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schering Plough Corp Common Stock | A | Dividend | L | T | | | | | |
| 19. SunTrust Bank Inc. Common Stock | B | Dividend | K | T | | | | | |
| 20. Wyeth Common Stock | B | Dividend | L | T | | | | | |
| 21. STI Classic Fd-Large Cap Relative Val I-shs | | | | | name change | 5/31 | | | |
| 22. STI Classic Fd-LargeCap Core Equity I-shs | C | Dividend | M | T | | | | | |
| 23. STI Classic Fd-Sm Cap Growth I-shs | A | Dividend | K | T | | | | | |
| 24. STI Classic Fd-Sm Cap Val I-shs | A | Dividend | K | T | | | | | |
| 25. STI Classic Fd-Intl Equity I-shs | B | Dividend | L | T | | | | | |
| 26. STI Classic Fd-Cap Apprec. I-shs | | | | | name change | | | | |
| 27. ST Classic Fd-LargeCap Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 28. STI Classic Fd-Aggressive Growth I-shs | A | Dividend | L | T | | | | | |
| 29. STI Classic Fd-Va. Inter Muni Bd Fd I-shs | E | Int./Div. | O | T | | | | | |
| 30. ST Classic Fd-Va Tax Free MM Fd I-shs | D | Int./Div. | M | T | | | | | |
| 31. | | | | | | | | | |
| 32. IRA # 1 | | | | | | | | | |
| 33. Dreyfus/Laurel Fds Prem SmallCap Val Cl R | | | | | sold | 1/24 | J | A | |
| 34. Goldman Sachs Tr Emerging Mkts Equity I-CL | | | | | sold | 4/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Commodity RealReturn Strategy Fd Ins | | | | | sold | 4/19 | J | A | |
| 36. Rowe T Price Real Estate Fd com | | | | | sold | 9/17 | J | B | |
| 37. STI Classic Fd-SmCap Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 38. STI Classic Fd-MidCap Equity I-shs | | | | | name change | | | | |
| 39. STI Classic Fd-MidCap Core Equity I-shs | A | Dividend | J | T | | | | | |
| 40. STI Classic Fd-MidCap Value Equity I-shs | A | Dividend | J | T | | | | | |
| 41. STI Classic Fd-LargeCap Relative Value I-shs | | | | | name change | | | | |
| 42. STI Classic Fd-Large Cap Core I-shs | A | Dividend | K | T | | | | | |
| 43. STI Classic Fd-LargeCap Quan Equity I-shs | A | Dividend | J | T | | | | | |
| 44. STI Classic Fd-Cap Apprec I-shs | | | | | name change | | | | |
| 45. STI Classic Fd-LargeCap Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 46. STI Classic Fd-AggressiveGrowth Stk I-shs | A | Dividend | J | T | | | | | |
| 47. STI Classic Fd-Emerging Growth Stk I-shs | A | Dividend | J | T | | | | | |
| 48. STI Classic Fd-Intl Equity I-shs | A | Dividend | K | T | | | | | |
| 49. STI Classic Fd-Prime Quality MMKT I-shs | A | Int./Div. | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. TRUST #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Albemarle Corp Common Stock | A | Dividend | J | T | 2:1 split | 3/02 | | | |
| 53. Bellsouth Corp BLS Group Common Stock | | | | | Merger | 1/03 | | | |
| 54. AT & T Common Stock | B | Dividend | K | T | | | | | |
| 55. Dupont E I Nemours & Co. Common Stock | A | Dividend | K | T | | | | | |
| 56. Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |
| 57. Hewlett Packard Common Stock | A | Dividend | L | T | | | | | |
| 58. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 59. Lincoln Natl Corp Common Stock | D | Dividend | N | T | | | | | |
| 60. Royal Dutch Petro Shell Common Stock | A | Dividend | K | T | | | | | |
| 61. Spectra Energy Corp Common Stock | A | Dividend | J | T | spin-off* | 1/03 | J | | |
| 62. Schering Plough Corp Common Stock | B | Dividend | K | T | | | | | |
| 63. Wyeth Common Stock | A | Dividend | K | T | | | | | |
| 64. IShares Tr S&P SM Cap 600 Value Index Fd | A | Dividend | K | T | | | | | |
| 65. STI Classic Fd-Large Cap Relative Value I-shs | | | | | name change | | | | |
| 66. STI Classic Fd-LargeCap Core Equity I-shs | A | Dividend | L | T | | | | | |
| 67. STI Classic Fd-Sm Cap Growth Stk I-shs | A | Dividend | K | T | | | | | |
| 68. STI Classic Fd-Intl Equity I-shs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STI Classic Fd-Aggressive Growth Stk I-shs | A | Dividend | K | T | | | | | |
| 70. ST Classic Fd-Va Inter Muni Bd I-shs | A | Int./Div. | K | T | | | | | |
| 71. STI Classic Fd-Va Tax Free MM I-shs | A | Int./Div. | K | T | | | | | |
| 72. | | | | | | | | | |
| 73. DEPOSIT ACCOUNTS | | | | | | | | | |
| 74. SunTrust Interest Checking #1 | A | Int./Div. | J | T | | | | | |
| 75. SunTrust Checking #2 | | None | J | T | | | | | |
| 76. SunTrust Checking #3 | | None | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. TRUST #3 | | | | | | | | | |
| 79. STI Classic Fd-LargeCap Core Equity I-shs | C | Dividend | M | T | | | | | |
| 80. STI Classic Fd-Sm Cap Growth Stk Fd-I-shs | A | Dividend | J | T | | | | | |
| 81. STI Classic Fd-Intl Equity I-shs | B | Dividend | L | T | | | | | |
| 82. STI Classic Fd-MidCap Core Equity I-shs | A | Dividend | J | T | | | | | |
| 83. STI Classic Fd-LargeCap Growth Stk I-shs | A | Dividend | L | T | | | | | |
| 84. STI Classic Fd-Aggressive Growth I-shs | A | Dividend | K | T | | | | | |
| 85. STI Classic Fd-Emerging Growth Stk I-shs | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STI Classic Fd-LargeCap Quan Equity I-shs | A | Dividend | K | T | | | | | |
| 87. STI Classic Fd-MidCap Val Equity I-shs | A | Dividend | J | T | | | | | |
| 88. STI Classic Fd-Va. Inter Muni Bd I-shs | D | Int./Div. | M | T | | | | | |
| 89. STI Classic Fd-Va. Tax Free MM I-shs | A | Int./Div. | K | T | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II: Agreements
Re: I will rec, contd...in any benefit plan provided by the University, although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 months of leaving the University. The mortgage was paid in full on 02/09/1985.

----------------------------------------------------------------------------------------------------

Trust #1

My Revocable Trust
*#12-Spin-off of Altria

----------------------------------------------------------------------------------------------------

IRA

My current IRA-fully invested in SunTrust Bank mutual funds ( items 33-49)

----------------------------------------------------------------------------------------------------

Trust #2

██████ Revocable Trust
*#61 Spin-off of Duke
----------------------------------------------------------------------------------------------------

Trust #3
Irrev. GST Trust for me (from█████████ trust)

This trust was created from ████████ Trust (her Rev. Trust became Irrev. Interim Trust-after her death) which was split into ████████, after IRS approval was received, for ████████ inc. My share later became this trust. When it was initially funded, it only held cash, but it has now been fully invested. The overall asset allocation now includes various asset classes represented by a diverse group of SunTrust Bank mutual funds (STI Classic).....items 79 through 89.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544